Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-01-00564-CV

____________

 

KRV ENTERPRISES, INC., Appellant

 

V.

 

PEMARCO MANAGEMENT CO., Appellee

 



 

On Appeal from
County Civil Court at Law No. 2

Harris
County, Texas

Trial Court Cause
No. 734,531

 



 

M E M O R
A N D U M O P I N I O N

This is an appeal from a judgment signed April 18, 2001.  On
June 21, 2001, this court abated the appeal because appellant petitioned for
voluntary bankruptcy in the United States Bankruptcy Court for the Southern
District of Texas, under cause number 01-35796-H5-11.  See Tex. R. App.
P. 8.2.  

Through the Public Access to Court Electronic Records (PACER)
system, the court has learned that the bankruptcy case was closed on October
11, 2001.  The parties failed to advise this court of the bankruptcy court
action.








On June 11, 2009, this court issued an order stating that unless
any party to the appeal filed a motion demonstrating good cause to retain the
appeal within twenty days of the date of the order, this appeal would be
dismissed for want of prosecution.  See Tex. R. App. P. 42.3(b).  No
response was filed.  

Accordingly, we reinstate the appeal and order it dismissed.

 

PER CURIAM

 

Panel consists of Justices
Seymore, Brown, and Sullivan.